# 25-0017

### IN THE UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRUCIT

ANTHONY BOBULINSKI AND STEFAN PASSANTINO,
*Plaintiffs-Appellants*,

*v.*

JESSICA TARLOV,
*Defendant-Appellee*.

On Appeal from the United States District Court
for the Southern District of New York, No. 24-cv-2349-JPO

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPEALLATE PROCEDURE 42(b)

| | |
|---|---|
| Jesse R. Binnall<br>BINNALL LAW GROUP<br>717 King Street, Suite 200<br>Alexandria, Virginia 22314<br>(703) 888-1943<br>jesse@binnall.com | Patrick F. Philbin<br>Kyle T. West<br>Chase Harrington<br>TORRIDON LAW PLLC<br>801 Seventeenth St. N.W.<br>Suite 1100<br>Washington, D.C. 20006<br>(202) 249-6900<br>pphilbin@torridonlaw.com |
| *Counsel for Plaintiffs-Appellants Anthony Bobulinski and Stefan Passantino* | *Counsel for Defendant-Appellee Jessica Tarlov* |

March 27, 2025

# STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPEALLATE PROCEDURE 42(b)

It is hereby stipulated and agreed by and between the parties that this appeal is voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). The parties have reached a confidential settlement that entirely resolves their dispute, including the claim for attorneys' fees.

Each party shall bear its own costs.

March 27, 2025                             Respectfully submitted.

By:  /s/ *Patrick F. Philbin*
Patrick F. Philbin
Kyle West
Chase Harrington
TORRIDON LAW PLLC
801 Seventeenth Street NW,
Suite 1100
Washington, DC 20006
(202) 249-6900

*Counsel for Defendant-Appellee Jessica Tarlov*

By:  /s/ *Jesse R. Binnall*
Jesse R. Binnall
BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
(703) 888-1943

*Counsel for Plaintiffs-Appellants Anthony Bobulinski and Stefan Passantino*

1